TIFFANY SOLARI, ESQ. (NBN 16003)
TROY RACKHAM, ESQ. (pro hac vice petition submitted)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: tsolari@spencerfane.com
           trackman@spencerfane.com

*Attorneys for Messner Reeves, LLP,*
*Cassidy Ellis, Esq. and James W. Fox Esq.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA RIVERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MESSNER REEVES, LLP, a limited liability partnership; CASSIDY ELLIS, ESQ., an individual; JAMES W. FOX, ESQ.; an individual; DOE Individuals 1 through 10; ROE Corporations 1 through 10; DOE Employees 1 through 10,<br><br>Defendant. | Case No.: 26-CV-00361-GMN-EJY<br><br>**STATEMENT REGARDING REMOVAL** |

COMES NOW Defendants Messner Reeves, LLP, Cassidy Ellis, Esq. and James W. Fox Esq. ("***Messner Defendants***"), by and through their counsel of record, hereby submits this Statement Regarding Removal, as directed by the Court's Minute Order [ECF No. 3], dated February 17, 2026.  As grounds, the Messner Defendants state:

On February 17, 2026, the Court entered a Minute Order directing the removing defendants to file and serve a signed statement regarding removal in this case that requires the Messner Defendants to answer six questions.  The Messner Defendants do so below.

1.      The date on which the Messner Defendants were served with a copy of the complaint:  Messner Reeves, LLP was served with the First Amended Complaint on January 19, 2026; Cassidy Ellis, Esq. was served with the First Amended Complaint on January 22, 2026; and James Fox, Esq. was served with the First Amended Complaint on February 6, 2026.

2.    The date on which the Messner Defendants were served with a copy of the summons: Each of the Defendants above were served with the summons at the same time they were served with the First Amended Complaint.

3.    In removals based on diversity jurisdiction, the names of any served defendants are citizens of Nevada, the citizenship of the other parties, and a summary of the defendant's evidence of the amount in controversy:  None of the Defendants are citizens of Nevada.  Messner Reeves, LLP is a Citizen of Colorado.[1]  Mr. Ellis is a citizen of Utah.  Mr. Fox is a citizen of Washington. Defendant State Farm Mutual Automobile Insurance Company is a citizen of Illinois.  Regarding the amount in controversy, Plaintiff alleges claims arising out of an underlying case that was filed in Clark County which resulted in a judgment of $2,828,366.79 in damages.  *See Plaintiff's First Amended Complaint*, ¶ 53[ECF No. 1-2].  Plaintiff alleges that the claim in the underlying case should have been settled for the $50,000 policy limit, *Id.*, ¶¶ 25, 97(a), and that Plaintiff incurred economic and noneconomic damages for being exposed to a judgment of $2,778,366.79 in excess of the policy limits.  *Id.*  The damages Plaintiff claims exceed the $75,000 threshold.  *Id.*, ¶¶ 61-93; *see also Petition for Removal*, ¶¶ 18-31 [ECF No. 1] (identifying and explaining the basis for the assertion that the amount in controversy exceeds $75,000).

4.    If the Messner Defendants' notice of removal was filed more than 30 days after one of them first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal:  The Petition for Removal was filed on February 12, 2026, which was less than 30 days after January 19, 2026, when Messner Reeves, LLP first received notice of the summons and complaint. *See* [ECF No. 1].

5.    In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons the action

---

[1]  The citizenship of Messner Reeves, LLP is determined by the citizenship of the owners of the LLP.  *Carden v. Arkoma Assoc.*, 494 U.S. 185, 195-96, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990). As identified in the Certificate of Interested Parties [Doc. No. 2], Messner Reeves, LLP is owned by eleven corporations that are citizens of California and Colorado, respectively.  Thus, even when the ownership of Messner Reeves, LLP is considered, complete diversity exists.

should not summarily be remanded to the state court:  Plaintiff filed her action in state court on January 9, 2026 [ECF No. 1-1] and more than a year had not elapsed before the date of removal.

6.    The name of any defendant known to have been served before the Messner Defendants filed the notice of removal who did not formally join in the notice of removal and the reasons they did not:  There are no Defendants who were served before Messner Reeves, LLP who have not joined in or consented to removal.  *See Cassidy Consent to Removal* [ECF No. 1-4]; *Fox Consent to Removal* [ECF No. 1-5]; *State Farm Consent to Removal* [ECF No. 7].

DATED this 26th day of February 2026.

**SPENCER FANE LLP**

*/s/ Tiffany Solari*
TIFFANY SOLARI, ESQ. (NBN 16003)
TROY RACKHAM, ESQ. (pro hac vice submitted)
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: tsolari@spencerfane.com
        trackman@spencerfane.com

*Attorneys for Messner Reeves, LLP,*
*Cassidy Ellis, Esq. and James W. Fox Esq.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2026, a true and correct copy of

the **STATEMENT REGARDING REMOVAL** was served via the United States District Court

CM/EFC system on all parties or persons requiring notice and via U.S. Mail on the following:

Robert T. Eglet, Esq.
Joseph J. Troiano, Esq.
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
eservice@egletlaw.com
*Attorneys for Plaintiff,*
*Melissa Rivera*

Robert Freeman, Esq.
Lewis Brisbois
6385 South Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Robert.Freeman@lewisbrisbois.com
*Attorney for Defendant State Farm*
*Mutual Automobile Insurance Company*

By: */s/ Olivia Swibies*
An Employee of Spencer Fane LLP

4