**MELISSA RIVERA**
**v.**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.**

**26-CV-00361-GMN-EJY**

# EXHIBIT A
**(Affidavit of Jim Smith)**

## AFFIDAVIT OF JIM SMITH

I, Jim Smith, being duly sworn, deposes and states as follows:

1.      I am over the age of eighteen years old and am competent to testify.

2.      I have personal knowledge of the information identified in this Affidavit.

3.      I am a 1989 Graduate of the University of Colorado Business School with an emphasis in Marketing and Real Estate.  My professional background includes business development, operations, sales marketing, client retention, and real estate finance.

4.      I am the President of Messner Reeves, LLP and am familiar with its ownership, management and operations.

5.      Messner Reeves, LLP is a national full-service business law firm providing legal services to a diverse group of clients.

6.      Messner Reeves, LLP is a limited liability partnership formed in Colorado with a principal place of business in Denver, Colorado.

7.      Messner Reeves, LLP has an Amended and Restated Partnership Agreement, dated February 15, 2021, which was amended again several times.

8.      There are thirteen current partners of Messner Reeves, LLP who have invested capital and have an ownership interest in Messner Reeves, LLP.  Those partners are:

1)      M. Caleb Meyer, P.C., a Colorado professional corporation;

2)      Michelle L. Harden, P.C., a Colorado professional corporation;

3)      Bryant S. "Corky" Messner, P.C., a Colorado professional corporation;

4)      Bruce A. Montoya, P.C., a Colorado professional corporation;

5)      David A. Reeves, P.C., a Colorado professional corporation;

6)      Douglas C. Wolanske, Inc., a Colorado corporation;

7)    Torben M. Welch, P.C., a Utah professional corporation;

8)    Matthew R. Sullivan, P.C., a Colorado professional corporation;

9)    Jon B. Zimmerman, P.C., a California professional corporation;

10)    KMH, P.C., a California Professional Corporation;

11)    ASH7, P.C., a California Professional Corporation;

12)    MPJ P.C., a Colorado Professional Corporation; and

13)    SWM ESQ, P.C., a California Professional Corporation.

9.    None of the current partners of Messner Reeves, LLP are citizens or residents of Nevada.

10.    I am aware that Messner Reeves, LLP is listed as a foreign limited liability partnership registered with the Nevada Secretary of State, Nevada Business ID Number NV20131694392 and Entity Number E0573662013-9.

11.    The Nevada Secretary of State filings identify three people as Managing Partners of Messner Reeves, LLP in Nevada.  Those three people are: Caleb Meyer, Katherin L. Turpen and Karie Wilson.  Although all three people are lawyers with Messner Reeves, LLP, none of them are owners of Messner Reeves, LLP.

12.    M. Caleb Meyer, P.C. is an owner of Messner Reeves, LLP, but it is a single purpose entity formed in Colorado and owned by M. Caleb Meyer, a resident and citizen of Colorado.

13.    Messner Reeves, LLP has had and continues to have a number of lawyers who work at the firm who the firm identifies as non-equity partners, including Katherin L. Turpen and Karie Wilson.

14.    Messner Reeves, LLP identifies these lawyers as non-equity partners because they are experienced lawyers who otherwise would be considered partners in other firms. The non-equity partners at Messner Reeves, LLP are really employees. They did not contribute capital to the firm and do not participate in the profits, losses, and liabilities of Messner Reeves, LLP.

15.    If called to testify in court, I would testify as indicated above under oath.

_____
Jim Smith

STATE OF COLORADO                    )
                                     ) ss
CITY AND COUNTY OF DENVER            )

The foregoing instrument was acknowledged before me by Jim Smith, whose identity was personally known to me and verified by a valid state Driver's License on this 19th day of March, 2026.

_____
Notary Public

Witness my hand and official seal.

TANYA JO GRINNELL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044037181
MY COMMISSION EXPIRES OCTOBER 15, 2028