TIFFANY SOLARI, ESQ. (NBN 16003)
TROY RACKHAM, ESQ. (Admitted *Pro Hac Vice*)
KEITH CALL, ESQ. (Admitted *Pro Hac Vice*)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: tsolari@spencerfane.com
trackman@spencerfane.com
kacall@spemcerfane.com

*Attorneys for Defendant,*
*Messner Reeves, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELISSA RIVERA, an individual,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; MESSNER REEVES, LLP, a limited liability partnership; CASSIDY ELLIS, ESQ., an individual; JAMES W. FOX, ESQ.; an individual; DOE Individuals 1 through 10; ROE Corporations 1 through 10; DOE Employees 1 through 10,

Defendant.

Case No.: 26-CV-00361-GMN-EJY

**STIPULATION AND ORDER TO DISMISS CASSIDY ELLIS, ESQ. AND JAMES W. FOX, ESQ. WITHOUT PREJUDICE**

COMES NOW Plaintiff, Melissa River, and Defendants Messner Reeves, LLP, Cassidy Ellis, Esq. and James W. Fox Esq., by and through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(2), hereby submit this Stipulation and Order to Dismiss Cassidy Ellis, Esq. and James W. Fox, Esq. without Prejudice and agree as follows:

1. Cassidy Ellis, Esq. and James Fox, Esq. are two lawyers who formerly were employed by Defendant Messner Reeves, LLP.

2. Messner Reeves, LLP has stipulated that Cassidy Ellis, Esq. and James Fox, Esq. were employees and agents of Messner Reeves, LLP such that any act or omission by Mr. Ellis and Mr. Fox were taken within the course and scope of their employment at Messner Reeves, LLP.

3. Messner Reeves, LLP, Mr. Fox and Mr. Ellis deny any alleged negligence. If, however, the Court or jury finds that any act or omission by Mr. Fox or Mr. Ellis was negligent, Messner Reeves, LLP stipulates that it would be vicariously liable for the acts or omissions of Mr. Fox or Mr. Ellis such that it is unnecessary for Mr. Ellis or Mr. Fox to be an individual party.

4. Further, the parties agree that the issues and claims in this case will be simplified with the dismissal of Mr. Ellis and Mr. Fox as individual Defendants, consistent with Fed. R. Civ. P. 1 (the rules should "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").

5. Based on this stipulation, Plaintiff has agreed to dismiss Mr. Ellis and Mr. Fox as individual Defendants. Except for the stipulations stated herein, this Stipulation does not affect Plaintiff's claims against Defendants Messner Reeves, LLP and Defendant State Farm Mutual Automobile Insurance Company, which remain.

6. Therefore, Plaintiff's claims against individuals James Fox, Esq. and Cassidy Ellis, Esq. shall be dismissed.

DATED this 31st day of August 2026.

**EFLET LAW**

*/s/ Robert T. Eglet* .
**Robert T. Eglet, Esq.**
Nevada Bar No. 3402
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Melissa Rivera*

**SPENCER FANE, LLP**

*/s/ Tiffany Solari* .
**Tiffany Solari, Esq.**
Nevada Bar No. 16003
**Troy Rackham, Esq.** (Admitted *Pro Hac Vice*)
Keith Call, Esq. (Admitted *Pro Hac Vice)*
400 South Fourth Street, Suite 1600
**Las Vegas, Nevada 89101**
*Attorneys for Defendant, Messner Reeves, LLP*

**IT IS SO ORDERED.**

**DATED** this 16 day of September, 2026.

______________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT